UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAWRENCE A. LEWIS | CIVIL ACTION |
| VERSUS | NO. 08-1153 |
| MARLIN GUSMAN, ET AL. | SECTION:"R" (2) |

## ORDER

Having reviewed *de novo* the complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, **IT IS ORDERED** that plaintiff's claims are DISMISSED with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

New Orleans, Louisiana, this ___10th___ day of July, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE